# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT L. WYMORE | CIVIL ACTION NO. 14-3493 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| LONNIE NAIL, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' motion for summary judgment [Record Document 47] is **GRANTED** and Plaintiff's motion for summary judgment [Record Document 39] is **DENIED**.

**THUS DONE AND SIGNED** in chambers in Shreveport Louisiana, on this 6th day of February, 2017.

Elizabeth Erny Foote
United States District Judge